# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, PH.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MASSACHUSETTS )<br>MEDICAL SCHOOL, )<br>)<br>Defendant. )<br>) | CIVIL ACTION 4:19-CV-40007 |

## STIPULATION OF DISMISSAL OF COUNT 8 (INVASION OF PRIVACY BY UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL) OF THE FIRST AMENDED COMPLAINT

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of Count 8 of Plaintiff's First Amended Complaint against the University of Massachusetts Medical School alleging Invasion of Privacy, with each party to bear its/his own attorneys' fees and costs, and waiving all rights of appeal.

Respectfully submitted,
VISHAL SAXENA, PH.D.,
Plaintiff,
By his attorneys,

*/s/ Walter H. Jacobs*
_____
WALTER H. JACOBS
BBO #672106
wjacobslaw@gmail.com

*/s/ Alexandria A. Jacobs*
_____
ALEXANDRIA A. JACOBS
BBO # 682114
ajacobslaw@gmail.com

|  |  |
|---|---|
|  | W. Jacobs and Associates at Law, L.L.C.<br>795 Turnpike Road<br>North Andover, MA 01845<br>978-688-0900<br>(C) 978-852-3033<br><br>and<br><br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL,<br>Defendant,<br>By its attorneys,<br><br>*/s/ Brian M. Casaceli*<br>_____<br>BRIAN M. CASACELI, BBO #690580<br>Jonathan R. Sigel, Esq., BBO # 559850<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581-3926<br>508-860-1474<br>(F) 508-983-6261<br>jsigel@mirickoconnell.com |
| Dated: March 24, 2022 | bcasaceli@mirickoconnell.com |

## CERTIFICATE OF SERVICE

I hereby certify, in compliance with Local Rule 5.2(b), that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

|  |  |
|---|---|
|  | */s/ Walter H. Jacobs*<br>_____ |
| Dated: March 24, 2022 | WALTER H. JACOBS |