UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MASSACHUSETTS )<br>MEDICAL SCHOOL, )<br>    Defendant. )<br>) | CIVIL ACTION<br>NO. 19-40007-TSH |

## NOTICE OF COURT'S RELATION TO AN EMPLOYEE OF A HOSPITAL AFFILIATED TO A PARTY IN THE ACTION
**January 26, 2023**

**HILLMAN, S.D.J.**

It is my policy to inform the parties to an action of any specific, indirect and/or attenuated relationships I may have with any of them. The University of Massachusetts Medical School is affiliated with UMass Memorial Health, which now employs a family member. This family member has no financial stake in this action and the result of this action would not alter their employment status in any way. Furthermore, I am not aware that any aspect of the employment that involves or would in the future involve the subject matter of this litigation. I do not feel that there is any kind of conflict for which I would find it necessary to recuse myself.[1] Nonetheless, if any party has an objection, they shall so file with this Court within thirty (30) days.

*/s/ Timothy S. Hillman*
TIMOTHY S. HILLMAN
UNITED STATES SENIOR DISTRICT JUDGE

---

[1] Under 28 U.S.C. § 455(b)(5)(iii), a judge shall disqualify himself if "[h]e or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person . . . Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding." (2006); *see also TV Commc'ns Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1077, 1080 (D.Colo. 1991) (holding that recusal is not mandated where the judge had a personal relationship with a principal of Daniels & Associates – not a party to the action – which owns an amount of stock in one or more of the defendant cable television companies).