UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, PH.D.,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>CHAN MEDICAL SCHOOL,<br>Defendant. | CIVIL ACTION NO. 4:19-CV-40007-TSH<br><br>**DEFENDANT, UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL'S, OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER MOOTNESS** |

Defendant, University of Massachusetts Chan Medical School (the "Medical School"), hereby submits this brief Opposition to Plaintiff's Motion to Reconsider Mootness to highlight the fact that Plaintiff's Motion to Reconsider misstates the circumstances pertaining to his previously filed Motion for Sanctions (Docket No. 55). To be clear, Plaintiff withdrew his Motion for Sanctions that he filed pro-se on September 9, 2021, at the hearing on November 16, 2021, see Docket Nos. 73 & 75. Therefore, this Court did not even have the opportunity to rule on Plaintiff's Motion for Sanctions.[1]

---

[1] Plaintiff filed his Motion for Sanctions at a time when his attorney was withdrawing from the case. See Exhibit 1 (Email from Vishal Saxena to Brian M. Casaceli).

{Client Matter 29475/00001/A8307041.DOCX}

RESPECTFULLY SUBMITTED,

**UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL**

By its attorneys,

/s/ Brian M. Casaceli
Jonathan R. Sigel, Esq., BBO # 559850
Brian M. Casaceli, Esq., BBO #690580
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: 508.860.1474
Fax:    508.983.6261
Email: jsigel@mirickoconnell.com
           bcasaceli@mirickoconnell.com

Dated: May 17, 2023

### CERTIFICATE OF SERVICE

I, Brian M. Casaceli, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Brian M. Casaceli
Brian M. Casaceli

Dated: May 17, 2023

{Client Matter 29475/00001/A8307041.DOCX}

# EXHIBIT 1

| | |
|---|---|
| **From:** | Vishal Saxena |
| **To:** | Casaceli, Brian M.; Sigel, Jonathan R. |
| **Date:** | Tuesday, September 7, 2021 4:43:43 PM |
| **Attachments:** | Saxena_motion.pdf |

Dear Mr. Casaceli,

I am going to file the following motion with the court. Could you please let me know if you assent to it or not. If I don't hear from you in the next few minutes, I will file it pro se.

My attorney is withdrawing and you can reach him to confirm.

Thanks.

Vishal Saxena