UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, Ph.D.,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL,<br>Defendant. | CIVIL ACTION NO. 4:19-CV-40007-TSH |

**MOTION TO ALLOW PLAINTIFF TO FILE ELECTRONICALLY AND BE NOTIFIED ELECTRONICALLY AND TO USE PACER WITHOUT CHARGE**

Dr. Vishal Saxena (Dr. Saxena or Plaintiff) respectfully requests the court to allow him to file electronically via the CM/ECF system and to be notifed via that system.

Dr. Saxena also respectfully requests the court to allow him free access to filings and viewing documents because he is indigent (please see Affidavit filed concurrently).

It is not clear to Dr. Saxena why his current counsel is unable to file for him. Dr. Saxena is only able to hear about various motions after 12 midnight everyday and then has to physically file the motions, oftentimes having to travel to the court's location. This is extremely tiring, stressful and also expensive (both in terms of time and money).

Dr. Saxena therefore respectfully requests the honorable court to allow the above requests.

Respectfully submitted,

Dr. Vishal Saxena

May 18, 2023