UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, Ph.D.,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SCHOOL,<br>Defendant. | CIVIL ACTION NO. 4:19-CV-40007-TSH |

**AFFIDAVIT**

Dr. Vishal Saxena (Plaintiff, Dr. Saxena), hereby affirms under penalty of perjury:

1. He is indigent and cannot afford to pay for PACER or for electronic filing.

2. He should be allowed to have access to electronic filing and to be notified electronically and be able to view documents and records free to charge in the interests of justice.

3. He started as a medical student at UMass in 2014 and asked for a simple accommodation.

4. This lawsuit and matter has taken a toll on his career and on his health.

5. He is currently unemployed with a large portion of his energy being spent on dealing with this lawsuit.

6. His brother passed away in December 2022 and because of this lawsuit he has been unable to even grieve.

7. His elderly parents were completely dependent on his brother and they currently have no one to help them and they are out of state. They also don't have health insurance and Dr. Saxena is doing his best to juggle trying to help them with the time taken on this lawsuit.

8. It is unclear to Dr. Saxena why his counsel is unable to file on this matter.

9. Dr. Saxena reserves the right to further supplement this Affidavit with more details.

Signed under the penalty of perjury this day, the 18th of May, 2023

*[signature]*

Dr. Vishal Saxena