UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VISHAL SAXENA, PH.D.,**

    **Plaintiff**

**v.**

**UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL,**

    **Defendant.**

**CIVIL ACTION**

**NO. 19-40007-TSH**

## JUDGMENT

**HILLMAN, S.D. J.**

In accordance with the Court's Memorandum and Order dated 9/28/2023, granting Defendant's Motion for Summary Judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the <u>Defendant.</u>

                                               By the Court,

| 9/29/2023 | /s/ Sandra Burgos |
|---|---|
| Date | Deputy Clerk |