UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, PH.D.,<br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL,<br>    Defendant. | CIVIL ACTION NO. 4:19-CV-40007-TSH<br><br>**DEFENDANT, UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL'S, MOTION FOR COSTS** |

Pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C § 1920, Defendant, University of Massachusetts Chan Medical School (the "Medical School"), moves for an award of costs in the amount of $5,446.25. In support of this motion, the Medical School submits the Affidavit of its counsel, Brian M. Casaceli, Esq., and an itemized Bill of Costs, Form AO 133, along with supporting documentation.

RESPECTFULLY SUBMITTED,

**UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL**

By its attorneys,

/s/ Brian M. Casaceli
Jonathan R. Sigel, Esq., BBO # 559850
Brian M. Casaceli, Esq., BBO #690580
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: 508.860.1478
Fax:    508.983.6295
Email: jsigel@mirickoconnell.com
        bcasaceli@mirickoconnell.com

Dated:  October 11, 2023

CERTIFICATE OF SERVICE

      I, Brian M. Casaceli, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Brian M. Casaceli
      Brian M. Casaceli

Dated:  October 11, 2023