UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISHAL SAXENA, PH.D.,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>CHAN MEDICAL SCHOOL,<br>Defendant. | CIVIL ACTION NO. 4:19-CV-40007-TSH<br><br>**AFFIDAVIT OF BRIAN M.<br>CASACELI, ESQ.** |

I, Brian M. Casaceli, depose and state as follows:

1. I am counsel of record for the Defendant, University of Massachusetts Chan Medical School (the "Medical School"). I have personal knowledge of the facts contained in this Affidavit.

2. The case was filed with this Court on January 7, 2019. From the filing of the case, through the date of the Court's Judgment on September 29, 2023, costs were incurred by the Medical School as part of its defense, which costs are detailed on the Bill of Costs, Form AO 133, filed herewith.

3. Each of the items listed on the Bill of Costs is correct and has been necessarily incurred in the case and the services for which costs have been charged were actually and necessarily performed.

4. Attached as **Exhibit A** to this Affidavit are the invoices from the court reporter concerning Plaintiff's depositions. Please note that, with respect to the invoice dated September 15, 2022, the Medical School is not seeking costs for the "rough draft" of the transcript in the amount of $384.40. Please further note that, with respect to the invoice dated October 3, 2022, the Medical School is not seeking costs for the "expedite" fee in the amount of $41.09. Except

for these expenses, the Medical School seeks its remaining costs associated with Plaintiff's depositions.[1]

5.      Attached as **Exhibit B** to this Affidavit are the invoices from the subpoenas that the Medical School served during the discovery period.

Signed under the pains and penalties of perjury this 11th day of October, 2023.

/s/ Brian M. Casaceli
Brian M. Casaceli

---

[1] The Medical School seeks the costs associated with the "videoconferencing (Zoom) connection" because Plaintiff indicated that he could not attend an in-person deposition, which is what the Medical School had sought.

{Client Matter 29475/00001/A8484344.DOCX}

# EXHIBIT A

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108376 | 9/15/2022 | 104528 |
| Job Date | Case No. | |
| 9/1/2022 | 4:19-CV-40007-TSH | |
| Case Name | | |
| Vishal Saxena, Ph.D., v. University of Massachusetts Medical School. | | |
| Payment Terms | | |
| Net 30, after 30 int. @ 1.5% per month | | |

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
T: 508-898-1501  F: 508-207-9347

Medical/Technical Videoconferenced and/or Videorecorded Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Vishal Saxena | 291.00 Pages | @ | 4.450 | 1,294.95 |
| Rough Draft | 248.00 Pages | @ | 1.550 | 384.40 |
| eDepoze. | 1.00 | @ | 300.000 | 300.00 |
| Exhibit Processing | 86.00 Pages | @ | 0.350 | 30.10 |
| Electronic File Formats | 1.00 | @ | 35.000 | 35.00 |
| Transcript Archiving | 1.00 | @ | 15.000 | 15.00 |
| Videoconferencing (Zoom) Connection | 1.00 | @ | 175.000 | 175.00 |
| Less 50% Discount: Videoconference | 1.00 | @ | -87.500 | -87.50 |

TOTAL DUE  >>>    $2,146.95

Client Matter No. : 29475-1

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

From discovery through trial O&L is your partner providing services for Court Reporting and Video, Record Retrieval, Language, Graphics/presentations, Jury Consulting and Trial Consulting. Contact your account executive or call us at 888-825-3376

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Invoice No.  : 108376
Invoice Date : 9/15/2022
**Total Due**  : **$2,146.95**

Remit To:  **O'Brien & Levine**     888.825.3376
           **68 Commercial Wharf**
           **Boston, MA 02110**

Job No.    : 104528
BU ID      : 1-MAIN
Case No.   : 4:19-CV-40007-TSH
Case Name  : Vishal Saxena, Ph.D., v. University of
             Massachusetts Medical School.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108376 | 9/15/2022 | 104528 |
| Job Date | Case No. | |
| 9/1/2022 | 4:19-CV-40007-TSH | |
| Case Name | | |
| Vishal Saxena, Ph.D., v. University of Massachusetts Medical School. | | |
| Payment Terms | | |
| Net 30, after 30 int. @ 1.5% per month | | |

**O'BRIEN & LEVINE**
**COURT REPORTING SOLUTIONS**
A MAGNA LEGAL SERVICES COMPANY®

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
T: 508-898-1501  F: 508-207-9347

TAX ID: 04-3106514

---

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Invoice No.   : 108376
Invoice Date  : 9/15/2022
**Total Due**   : **$2,146.95**

Remit To: **O'Brien & Levine**     888.825.3376
**68 Commercial Wharf**
**Boston, MA 02110**

Job No.     : 104528
BU ID       : 1-MAIN
Case No.    : 4:19-CV-40007-TSH
Case Name   : Vishal Saxena, Ph.D., v. University of
              Massachusetts Medical School.

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108627 | 10/3/2022 | 105167 |
| Job Date | Case No. | |
| 10/3/2022 | 4:19-CV-40007-TSH | |

| Case Name |
|---|
| Vishal Saxena, Ph.D., v. University of Massachusetts Medical School. |

| Payment Terms |
|---|
| Net 30, after 30 int. @ 1.5% per month |

A MAGNA LEGAL SERVICES COMPANY®

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
T: 508-898-1501  F: 508-207-9347

---

Videoconferenced and/or Videorecorded Transcript/Index of:
    Vishal Saxena, M.D.

| | | | | |
|---|---|---|---|---|
| Transcript Minimum | 1.00 | @ | 250.000 | 250.00 |
| Expedite | 1.00 | @ | 41.090 | 41.09 |
| Electronic File Formats | 1.00 | @ | 35.000 | 35.00 |
| Transcript Archiving | 1.00 | @ | 15.000 | 15.00 |
| Videoconferencing (Zoom) Connection | 1.00 | @ | 175.000 | 175.00 |
| Less 50% Discount: Videoconference | 1.00 | @ | -87.500 | -87.50 |

**TOTAL DUE   >>>**   **$428.59**

Client Matter No. : 29475-1

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

From discovery through trial O&L is your partner providing services for Court Reporting and Video, Record Retrieval, Language, Graphics/presentations, Jury Consulting and Trial Consulting. Contact your account executive or call us at 888-825-3376

TAX ID: 04-3106514

---

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Invoice No.    : 108627
Invoice Date   : 10/3/2022
**Total Due**  : **$428.59**

Remit To:  **O'Brien & Levine**    888.825.3376
           **68 Commercial Wharf**
           **Boston, MA 02110**

Job No.      : 105167
BU ID        : 1-MAIN
Case No.     : 4:19-CV-40007-TSH
Case Name    : Vishal Saxena, Ph.D., v. University of
              Massachusetts Medical School.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108945 | 10/26/2022 | 105363 |
| Job Date | Case No. | |
| 10/14/2022 | 4:19-CV-40007-TSH | |
| Case Name | | |
| Vishal Saxena, Ph.D., v. University of Massachusetts Medical School. | | |
| Payment Terms | | |
| Net 30, after 30 int. @ 1.5% per month | | |

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
T: 508-898-1501  F: 508-207-9347

Videoconferenced and/or Videorecorded Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Vishal Saxena, Ph.D. - Day 2 | 188.00 Pages | @ | 4.150 | 780.20 |
| eDepoze. | 1.00 | @ | 300.000 | 300.00 |
| Exhibit Processing | 54.00 Pages | @ | 0.350 | 18.90 |
| Electronic File Formats | 1.00 | @ | 35.000 | 35.00 |
| Transcript Archiving | 1.00 | @ | 15.000 | 15.00 |
| Videoconferencing (Zoom) Connection | 1.00 | @ | 175.000 | 175.00 |
| Less 50% Discount: Videoconference | 1.00 | @ | -87.500 | -87.50 |
| **TOTAL DUE   >>>** | | | | **$1,236.60** |

Client Matter No. : 29475-1

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

From discovery through trial O&L is your partner providing services for Court Reporting and Video, Record Retrieval, Language, Graphics/presentations, Jury Consulting and Trial Consulting. Contact your account executive or call us at 888-825-3376

TAX ID: 04-3106514

---

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Invoice No.   : 108945
Invoice Date  : 10/26/2022
**Total Due**   : **$1,236.60**

Remit To: **O'Brien & Levine**    888.825.3376
**68 Commercial Wharf**
**Boston, MA 02110**

Job No.      : 105363
BU ID        : 1-MAIN
Case No.     : 4:19-CV-40007-TSH
Case Name    : Vishal Saxena, Ph.D., v. University of Massachusetts Medical School.



**O'BRIEN & LEVINE COURT REPORTING SOLUTIONS**
A MAGNA LEGAL SERVICES COMPANY

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109386 | 11/28/2022 | 105612 |

| Job Date | Case No. |
|---|---|
| 11/3/2022 | 4:19-CV-40007-TSH |

| Case Name |
|---|
| Vishal Saxena, Ph.D., v. University of Massachusetts Medical School. |

| Payment Terms |
|---|
| Net 30, after 30 int. @ 1.5% per month |

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
T: 508-898-1501  F: 508-207-9347

Videoconferenced and/or Videorecorded Transcript/Index of:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Vishal Saxena, Ph.D. - Day 3 | 251.00 | Pages | @ | 4.150 | 1,041.65 |
| eDepoze. | 1.00 | | @ | 300.000 | 300.00 |
| Exhibit Processing | 147.00 | Pages | @ | 0.350 | 51.45 |
| Electronic File Formats | 1.00 | | @ | 35.000 | 35.00 |
| Transcript Archiving | 1.00 | | @ | 15.000 | 15.00 |
| Videoconferencing (Zoom) Connection | 1.00 | | @ | 175.000 | 175.00 |
| Less 50% Discount: Videoconference | 1.00 | | @ | -87.500 | -87.50 |

**TOTAL DUE  >>>  $1,530.60**

Client Matter No. : 29475-1

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

From discovery through trial O&L is your partner providing services for Court Reporting and Video, Record Retrieval, Language, Graphics/presentations, Jury Consulting and Trial Consulting. Contact your account executive or call us at 888-825-3376

TAX ID: 04-3106514

---

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Brian Casaceli
Mirick O'Connell-Westborough
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Invoice No.   : 109386
Invoice Date  : 11/28/2022
**Total Due**  : **$1,530.60**

Remit To: **O'Brien & Levine**           888.825.3376
         **68 Commercial Wharf**
         **Boston, MA 02110**

Job No.    : 105612
BU ID      : 1-MAIN
Case No.   : 4:19-CV-40007-TSH
Case Name  : Vishal Saxena, Ph.D., v. University of
             Massachusetts Medical School.

# EXHIBIT B

# Francis J. Trapasso & Associates

**Invoice**

| Date | Invoice # |
|---|---|
| 1/14/2021 | 189351 |

Mirick O'Connell
Brian M. Casaceli
1800 West Park Drive, Suite 400
Westborough, MA 01581

| To wit: Witness/Defendant Served |||||
|---|---|---|---|---|
| Registrar's Office<br>Boston University School of Medicine<br>125 Bay State Rd<br>Boston, MA 02118 |||||
| Case Number | Date Served | Time | Court Date | How Served |
| 4:19-CV40007 | 1/14/2021 | 11.30AM | 2/1/2021 | In Hand |
| Job Information ||| Type of Service | Amount |
| Vishal Saxena v. Universty of Massachusetts Medical School<br><br>with Noreen Trahon, Finance and Administration Manager<br>Note address served is the Office of General Counsel<br><br><br>Original Address Provided:<br>Registrar's Office<br>Boston University School of Medicine<br>72 East Concord St<br>Boston, MA 02118 ||| Federal Subpoena<br><br><br><br><br><br><br><br><br><br><br><br>**Payments/Credits** | 95.00<br><br><br><br><br><br><br><br><br><br><br>$95.00<br>$0.00 |
| Thank you, please reference your invoice number when remitting payment. ||| **Balance Due** | $95.00 |

Constables, Auctioneers and Professional Process Servers
47 Harvard Street, Worcester, MA 01609  Telephone 508.798.0287  Fax 508.798.5585



# Francis J. Trapasso & Associates

84 Park Ave.
Worcester, MA 01609

**Invoice**

| Date | Invoice # |
|---|---|
| 11/8/2021 | 200221 |

Mirick O'Connell
Brian M. Casaceli
1800 West Park Drive, Suite 400
Westborough, MA 01581

| To wit: Witness/Defendant Served |||||
|---|---|---|---|---|
| Weihong Zheng, MD<br>Allergy & Asthma Center of Boston<br>20 Park Plaza Suite 804<br>Boston, MA 02116 |||||
| Case Number | Date Served | Time | Court Date | How Served |
| 4:19-CV-40007 | 11/8/2021 | 12.07PM | 11/19/2021 | In Hand |
| Job Information ||| Type of Service | Amount |
| Visha Saxena v. University of Massachusetts Medical School ||| Federal Subpoena | 86.00 |
| ||| Total | $86.00 |
| ||| Payments/Credits | $0.00 |
| Thank you, please reference your invoice number when remitting payment. ||| **Balance Due** | **$86.00** |

508.798.0287



**Francis J. Trapasso & Associates**
84 Park Ave.
Worcester, MA 01609

**Invoice**

| Date | Invoice # |
|---|---|
| 11/3/2021 | 200222 |

Mirick O'Connell
Brian M. Casaceli
1800 West Park Drive, Suite 400
Westborough, MA 01581

| To wit: Witness/Defendant Served |
|---|
| Scott D. Harris, MD<br>Fenway Health<br>142 Berkeley Street<br>Boston, MA 02116 |

| Case Number | Date Served | Time | Court Date | How Served |
|---|---|---|---|---|
| 4:19-CV-40007 | 11/3/2021 | 11.08AM | 11/19/2021 | In Hand |

| Job Information | Type of Service | Amount |
|---|---|---|
| Vishal Saxena v. University of Massachusetts Medical School | Federal Subpoena | 85.00 |
| | **Total** | $85.00 |
| | **Payments/Credits** | $0.00 |
| Thank you, please reference your invoice number when remitting payment. | **Balance Due** | $85.00 |

508.798.0287



**Francis J. Trapasso & Associates**
84 Park Ave.
Worcester, MA 01609

**Invoice**

| Date | Invoice # |
|---|---|
| 6/3/2022 | 208086 |

Mirick O'Connell
Brian M. Casaceli
1800 West Park Drive, Suite 400
Westborough, MA 01581

| To wit: Witness/Defendant Served |
|---|
| Mark J. Forguess Jr OD<br>Forgues Eyecare<br>152 Russell Street<br>Worcester, MA |

| Case Number | Date Served | Time | Court Date | How Served |
|---|---|---|---|---|
| 4:19-CV-40007 | 6/3/2022 | 2.34PM | 6/16/2022 | At Last & Usual |

| Job Information | Type of Service | Amount |
|---|---|---|
| Vishal Saxena v. University of Massachusetts Medical School<br><br>dmagliano@mirickoconnell.com<br>Note office was closed at time of service. | Federal Subpoena | 66.00 |
| | **Total** | $66.00 |
| | **Payments/Credits** | $0.00 |
| Thank you, please reference your invoice number when remitting payment. | **Balance Due** | $66.00 |

508.798.0287



# Francis J. Trapasso & Associates

84 Park Ave.
Worcester, MA 01609

**Invoice**

| Date | Invoice # |
|---|---|
| 6/6/2022 | 208087 |

Mirick O'Connell
Brian M. Casaceli
1800 West Park Drive, Suite 400
Westborough, MA 01581

| To wit: Witness/Defendant Served |
|---|
| Attn: Medical Records
Southcoast Health
St. Luke's Hospital
200 Mill Rd
Fairhaven, MA |

| Case Number | Date Served | Time | Court Date | How Served |
|---|---|---|---|---|
| 4:19-CV-40007 | 6/6/2022 | 1.05PM | 6/16/2022 | In Hand |

| Job Information | Type of Service | Amount |
|---|---|---|
| Vishal Saxena v. University of Massachusetts Medical School

dmagliano@mirickoconnell.com
with Mrs. Prister, Records Clerk
Note address Served
Original Address Provided:
Attn: Medical Records
Southcoast Health
St. Luke's Hospital
151 Page Street
New Bedford, MA | Federal Subpoena
2nd Address | 86.00
36.00 |
| | Total | $122.00 |
| | Payments/Credits | $0.00 |
| Thank you, please reference your invoice number when remitting payment. | **Balance Due** | $122.00 |

508.798.0287



# Francis J. Trapasso & Associates

84 Park Ave.
Worcester, MA 01609

**Invoice**

| Date | Invoice # |
|---|---|
| 8/2/2022 | 210645 |

Mirick O'Connell
Brian M. Casaceli
1800 West Park Drive, Suite 400
Westborough, MA 01581

| To wit: Witness/Defendant Served |
|---|
| Attn: Medical Records<br>Westborough Family Medicine<br>24 Lyman Street<br>Westborough, MA |

| Case Number | Date Served | Time | Court Date | How Served |
|---|---|---|---|---|
| 4:19-CV-40007 | 8/2/2022 | 3.34PM | 8/12/2022 | In Hand |

| Job Information | Type of Service | Amount |
|---|---|---|
| Vishal Saxena v. University of Massachusetts Medial School<br><br>with Anastasia Freisas, Employee<br>bcasaceli@mirickoconnell.com | Federal Subpoena | 75.00 |
| | **Total** | **$75.00** |
| | **Payments/Credits** | $0.00 |
| Thank you, please reference your invoice number when remitting payment. | **Balance Due** | **$75.00** |

508.798.0287